IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER W. ODEN,

    Petitioner,

v.                                                        Civil Action No. 3:19CV781

ERIC WILSON,

    Respondent.

## MEMORANDUM OPINION

Christopher W. Oden, a federal inmate proceeding *pro se*, submitted this 28 U.S.C. § 2241 Petition. In his § 2241 Petition, Oden challenges an institutional disciplinary hearing. (ECF No. 1, at 2.) Oden is currently incarcerated in "U.S.P. Marion" in Marion, Illinois. (*Id.* at 1.) As this court previously informed Oden, "[w]henever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." *Oden v. Wilson*, No. 3:17CV286, 2018 WL 359478, at *4 n.5 (E.D. Va. Jan. 10, 2018) (emphasis added) (quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004)). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. Oden remains free to refile the action in the district of his confinement.

An appropriate Order shall accompany this Memorandum Opinion

Date: 10 January 2020
Richmond, Virginia

/s/ 
John A. Gibney, Jr.
United States District Judge